Christine V. Galves - SBN 192044
Angel Law of Sacramento
1007 7th Street., Suite 500
Sacramento, CA 95814

Ph: 916-492-1900

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>GEORGE E ROBERTS<br><br>MARGARITA V ROBERTS<br><br>dba, GOT HAIR<br><br>Debtors' | Case No. 10-94783<br>Hearing Date: February 23, 2011<br>Hearing Time: 10:30<br>Courtroom 33 - Dept. E<br>The Honorable Ronald H Sargis<br>Docket Control No.: CVG-01 |

## MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' BUSINESS

Christine V. Galves of Angel Law of Sacramento, on behalf of GEORGE E ROBERTS and MARGARITA V ROBERTS , the Debtors herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtors' Business. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on December 9, 2010. Gary Farrar was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtors operate a business. Said business is located at 1612 Oakdale Rd., Modesto, CA 95355.

3. The Debtors' tools of the trade, equipment, accounts receivable (if any) and other business-related assets (hereinafter, "BUSINESS ASSETS") have been disclosed in detail in the filed Schedules A and B (see exhibit #1 attached hereto). The business assets in this case consist of tools and furniture and inventory and a City of Modesto

Motion to Compel Abandonment of Business          1

business license. The Debtors have placed values on these assets in the aggregate total of $4,250.00

4. As shown in Schedule C (see exhibit #1 attached hereto), the Debtors have claimed exemptions totaling $4,250.00 against the values of the BUSINESS ASSETS under CCCP§703.140(b)(6) or CCCP§703.140(b)(5).

5. In summary

    Gross value of business license BUSINESS ASSETS........................$4,2500.00

    Liens against the BUSINESS ASSETS...... ............................................ ...$0.00

    Gross Equity ................................................................................$4,250.00

    Exemptions claimed on the BUSINESS ASSETS...............................-$4,250.00

    Net value of BUSINESS ASSETS to the estate............................................$0.00

6. The Debtors assert that there does not appear to be any business equipment or inventory that can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedule D attaching to the business-related assets and (b) the exemptions, if any, in Schedule C claimed by the Debtors.

7. The Debtors are aware that, under the provisions of Title 11, US Codes §721, only the Trustee has the authority to operate the Debtors' business; and then, only with an order of the Court. Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

8. The Debtor's have added the Trustee, Gary Farrar, as an additional insured on the business insurance policy.

9. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

Motion to Compel Abandonment of Business     2

Wherefore, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtors' Business.

## CERTIFICATION

I, Christine V. Galves, hereby certify under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment Of The Estate's Interest In Debtors' Business. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on January 5, 2011 at Sacramento, CA.

                                             /s/ Christine V. Galves
                                         Christine V. Galves, Esq.
                                         Angel Law of Sacramento